UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARREL D. CURNE, Plaintiff, v. TAXRESOURCES, Inc., *et al.*, Defendants. | Case No. 2:26-cv-2280-DAD-JDP (P) ORDER |

On June 26, 2026, plaintiff, a federal prisoner, filed an application to proceed *in forma pauperis*. ECF No. 2. That application did not contain a copy of his trust account. On August 14, 2026, plaintiff filed a motion for extension of time to file a properly supported application to proceed *in forma pauperis* or tender the filing fee. ECF No. 4. Therein, he states that he is having difficulty obtaining a copy of his prison trust fund account. *Id.* at 1. It is unclear how much additional time he is seeking, however. He is directed to file either a completed application or the full filing fee within thirty days of this order. If he needs additional time beyond this extension, he may file another motion explaining a further extension is warranted.

It is ORDERED that plaintiff's motion for extension of time, ECF No. 4, is GRANTED and his completed application to proceed *in forma pauperis* or tendered filing fee is due thirty days from the date of this order's entry.

IT IS SO ORDERED.

Dated: August 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE