UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARRELL D. CURNE,

Plaintiff,

v.

TAXRESOURCES, INC., *et al.*,

Defendants.

Case No. 2:26-cv-2280-DAD-JDP (P)

ORDER

Plaintiff has submitted the filing fee and, thus, his application to proceed *in forma pauperis*, ECF No. 2, is moot.

Accordingly, it is ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED as moot.

2. The Clerk of Court shall issue summons for the defendants.

3. Plaintiff is directed to serve all defendants within ninety days of this order's entry.

4. Failure to do so may result in a recommendation that any unserved defendants be dismissed without prejudice for failure to timely effect services of process.

IT IS SO ORDERED.

Dated: September 23, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE